UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    )<br>        Plaintiff,       )<br>                    )<br>v.                   )<br>                    )<br>JOSE ANGEL PEREZ-FIERRO,       )<br>                    )<br>        Defendant.       )<br>_____ ) | Criminal No. 05-CR-2192-L<br><br>**ORDER STRIKING DEFENDANT'S SUPPLEMENTAL MOTION IN LIMINE TO DISMISS THE INDICTMENT FOR PROSECUTORIAL MISCONDUCT** |

On October 2, 2006 at 5:47 p.m., Defendant Perez-Fierro electronically filed a Supplemental Motion in Limine to Dismiss the Indictment for Prosecutorial Misconduct. This motion was noticed to be heard the following morning, October 3, 2006 at 9:00 a.m.

Defendant's motion was filed in violation of Local Criminal Rule 47.1(b)(1) which requires motions to be filed at least 14 days prior to the date for which the motion is noticed "unless the court, for good cause and by order only, shortens such time." The Court having granted no order shortening time to allow the late filing of Defendant's motion, the motion is **HEREBY ORDERED REJECTED** and the Clerk is directed to strike it from the record.

**IT IS SO ORDERED**.

DATED: October 3, 2006

M. James Lorenz
United States District Court Judge

05CR2192